FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 4 2000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

Robert M. March
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL No. CR00-1345 BB |
| Plaintiff, ) | |
| ) | 18 U.S.C. § 2113(a): Bank Robbery. |
| vs. ) | |
| BYRON SHANE CHUBBUCK, ) | |
| a/k/a "Blanco" ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT I

On or about March 16, 1999, in Bernalillo County, in the State and District of New Mexico, the defendant, BYRON SHANE CHUBBUCK, a/k/a "Blanco," by force and violence, and by intimidation, did unlawfully and intentionally take and attempt to take from the person and presence of another a sum of money belonging to, and in the care, custody, control, management, and possession of Bank of Albuquerque located at 2274 Wyoming, Northeast, Albuquerque, New Mexico, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

## COUNT II

On or about March 26, 1999, in Bernalillo County, in the State and District of New Mexico, the defendant, BYRON SHANE CHUBBUCK, a/k/a "Blanco," by force and violence, and by intimidation, did unlawfully and intentionally take and attempt to take from the person and presence of another a sum of money belonging to, and in the care, custody, control, management, and possession of Norwest Bank located at 11199 Montgomey, Northeast, Albuquerque, New Mexico, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

## COUNT III

On or about May 19, 1999, in Bernalillo County, in the State and District of New Mexico, the defendant, BYRON SHANE CHUBBUCK, a/k/a "Blanco," by force and violence, and by intimidation, did unlawfully and intentionally take and attempt to take from the person and presence of another a sum of money belonging to, and in the care, custody, control, management, and possession of Bank of Albuquerque located at 4201 Wyoming, Northeast, Albuquerque, New Mexico, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

## COUNT IV

On or about May 25, 1999, in Bernalillo County, in the State and District of New Mexico, the defendant, BYRON SHANE CHUBBUCK, a/k/a "Blanco," by force and violence, and by

intimidation, did unlawfully and intentionally take and attempt to take from the person and presence of another a sum of money belonging to, and in the care, custody, control, management, and possession of Bank of America located at 5210 Eubank, Northeast, Albuquerque, New Mexico, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

### COUNT V

On or about May 28, 1999, in Bernalillo County, in the State and District of New Mexico, the defendant, BYRON SHANE CHUBBUCK, a/k/a "Blanco," by force and violence, and by intimidation, did unlawfully and intentionally take and attempt to take from the person and presence of another a sum of money belonging to, and in the care, custody, control, management, and possession of First State Bank located at 5620 Wyoming, Northeast, Albuquerque, New Mexico, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

### COUNT VI

On or about June 18, 1999, in Bernalillo County, in the State and District of New Mexico, the defendant, BYRON SHANE CHUBBUCK, a/k/a "Blanco," by force and violence, and by intimidation, did unlawfully and intentionally take and attempt to take from the person and presence of another a sum of money belonging to, and in the care, custody, control, management, and possession of Bank of America located at 11201 Montgomery, Northeast,

Albuquerque, New Mexico, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

### COUNT VII

On or about June 22, 1999, in Bernalillo County, in the State and District of New Mexico, the defendant, BYRON SHANE CHUBBUCK, a/k/a "Blanco," by force and violence, and by intimidation, did unlawfully and intentionally take and attempt to take from the person and presence of another a sum of money belonging to, and in the care, custody, control, management, and possession of Bank of America located at 5210 Eubank, Albuquerque, New Mexico, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

### COUNT VIII

On or about July 9, 1999, in Bernalillo County, in the State and District of New Mexico, the defendant, BYRON SHANE CHUBBUCK, a/k/a "Blanco," by force and violence, and by intimidation, did unlawfully and intentionally take and attempt to take from the person and presence of another a sum of money belonging to, and in the care, custody, control, management, and possession of Bank of America located at 5305 Menaul, Northeast, Albuquerque, New Mexico, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

## COUNT IX

On or about July 9, 1999, in Bernalillo County, in the State and District of New Mexico, the defendant, BYRON SHANE CHUBBUCK, a/k/a "Blanco," by force and violence, and by intimidation, did unlawfully and intentionally take and attempt to take from the person and presence of another a sum of money belonging to, and in the care, custody, control, management, and possession of Western Bank located at 1201 San Pedro, Northeast, Albuquerque, New Mexico, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

## COUNT X

On or about July 23, 1999, in Bernalillo County, in the State and District of New Mexico, the defendant, BYRON SHANE CHUBBUCK, a/k/a "Blanco," by force and violence, and by intimidation, did unlawfully and intentionally take and attempt to take from the person and presence of another a sum of money belonging to, and in the care, custody, control, management, and possession of First Security Bank located at 2101 Eubank, Northeast, Albuquerque, New Mexico, the deposits of which were then and there insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

NORMAN C. BAY
United States Attorney

October 3, 2000